**Appeal Dismissed and Memorandum Opinion filed September 22, 2020.**



In The

## Fourteenth Court of Appeals

### NO. 14-20-00281-CV

### IN THE INTEREST OF M.E.H.

**On Appeal from the 345th District Court
Travis County, Texas
Trial Court Cause No. D-1-AG-15-002375**

### MEMORANDUM  OPINION

This is an appeal from a protective order signed January 29, 2020. The notice of appeal was filed February 26, 2020. No clerk's record has been filed. On July 30, 2020, we issued an order directing appellant, C.H., to provide proof within 30 days that she had either arranged to pay for the clerk's record or complied with the requirements of Texas Rule of Civil Procedure 145 in the trial court. We cautioned that if she did not provide such proof, we would dismiss the appeal for want of prosecution. No such proof has been provided.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.